*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
*-oOo-*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DEVIN CERVIN,

        Defendant.

2:19-mj-0785-EJY

STIPULATION TO CONTINUE PRELIMINARY HEARING
(Third Request)

    Based upon the pending Stipulation of counsel, and good cause appearing therefore IT IS ORDERED that the preliminary hearing, currently scheduled for December 2, 2019, at 4:00 p.m., be vacated and continued to the 7th day of January, 2020, at 4:00 p.m. in Courtroom 3B.

    DATED this 2nd day of December, 2019.

                                           */s/ Elayna J. Youchah*
                                           HONORABLE ELAYNA J. YOUCHAH
                                           UNITED STATES MAGISTRATE JUDGE